Ronald Yoosefian
Susana Oganesian
Frank Gerald Chica
YOOSEFIAN LAW FIRM, P.C.
135 South Jackson Street, Suite 203
Glendale, CA  91205
Telephone:  (818) 275-1529
Facsimile:  (818) 275-1747
Ron@ylflaw.net
Susana@ylflaw.net
Frank@ylflaw.net

Attorneys for Plaintiff
JAIME FRANCO


Adam Y. Siegel (SBN 238568)
Zoe Yuzna (SBN 268496)
Arlen Gharibian (SBN 327530)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5408
Tel: (213) 689-0404
Fax: (213) 689-0430
Adam.siegel@jacksonlewis.com
Zoe.yuzna@jacksonlewis.com
Arlen.gharibian@jacksonlewis.com

Attorneys for Defendant
AMENTUM SERVICES, INC. (erroneously sued
herein as AECOM MANAGEMENT SERVICES, INC.
and URS FEDERAL SERVICES, INC.)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME FRANCO, an individual, | Case No.: 5:21-cv-00979-JWH-SP |
| Plaintiff, | [Assigned for all Purposes to Hon. John W. Holcomb] |
| vs. | **STIPULATION TO DISMISS WITHOUT PREJUDICE ALL DEFENDANTS OTHER THAN AMENTUM SERVICES, INC. (ERRONEOUSLY SUED AS AECOM MANAGEMENT SERVICES, INC. AND URS FEDERAL SERVICES, INC.)** |

1   JAIME FRANCO, an individual,

2            Plaintiff,

3        vs.

4   AECOM, a California corporation;
    AECOM MANAGEMENT SERVICES
5   GLOBAL CORP., a California
    corporation doing business as AECOM
6   MANAGEMENT SERVICES GROUP;
    AECOM MANAGEMENT SERVICES,
7   INC., a California corporation doing
    business as AECOM MANAGEMENT
8   SERVICES GROUP; AECOM, a
    California corporation doing business as
9   AECOM MANAGEMENT SERVICES
    GROUP; AECOM INC., a California
10  corporation doing business as AECOM;
    AECOM SERVICES, INC., a California
11  corporation doing business as AECOM;
    AECOM USA, INC., a California
12  corporation doing business as AECOM;
    AECOM, a California corporation doing
13  business as URS FEDERAL
    SERVICES; AECOM TECHNOLOGY
14  CORPORATION, a California
    corporation doing business as URS
15  FEDERAL SERVICES, INC.; URS
    FEDERAL SERVICES, INC., a
16  California corporation; URS FEDERAL
    SERVICES INTERNATIONAL, INC.,
17  a California corporation doing business
    as URS; URS CORPORATION, a
18  California corporation; URS GROUP,
    INC., a California corporation doing
19  business as URS FEDERAL
    SERVICES; URS HOLDINGS, INC., a
20  California corporation doing business as
    URS FEDERAL SERVICES; and
21  DOES 1 through 50, inclusive,

22  Defendants.

Case No.: 5:21-cv-00979-JWH-SP

[Assigned for all Purposes to Hon. John W. Holcomb]

**STIPULATION TO DISMISS WITHOUT PREJUDICE ALL DEFENDANTS OTHER THAN AMENTUM SERVICES, INC. (ERRONEOUSLY SUED AS AECOM MANAGEMENT SERVICES, INC. AND URS FEDERAL SERVICES, INC.)**

Complaint Served:        March 19, 2021
Case Removed:            June 9, 2021

1  This Stipulation to Dismiss All Defendants Other Than Defendant Amentum

2  Services, Inc. (Erroneously Sued As AECOM MANAGEMENT SERVICES, INC. and

3  URS FEDERAL SERVICES, INC.) is entered into between Plaintiff JAIME FRANCO

4  ("Plaintiff") and Defendant AMENTUM SERVICES, INC. (erroneously sued herein as

5  AECOM MANAGEMENT SERVICES, INC. and URS FEDERAL SERVICES, INC.)

6  ("Amentum") (collectively, the "Parties").

7  Plaintiff initially filed his complaint in Superior Court.  (ECF No. 1.)

8  Plaintiff erroneously named Amentum as AECOM MANAGEMENT SERVICES,

9  INC. a California corporation doing business as AECOM MANAGEMENT SERVICES

10  GROUP, and URS FEDERAL SERVICES, INC., a California corporation.  (*Id.*)

11  Amentum removed Plaintiff's case to this Court on June 9, 2021.  (*Id*.)  With the

12  Notice of Removal, Amentum concurrently filed a declaration attesting to facts

13  demonstrating Amentum is the only proper defendant at this time.   (ECF No. 4.)

14  Accordingly, the Parties stipulate to dismiss without prejudice all non-Doe defendants

15  other than Amentum (erroneously sued herein as AECOM MANAGEMENT SERVICES,

16  INC., a California corporation doing business as AECOM MANAGEMENT SERVICES

17  GROUP, and URS FEDERAL SERVICES, INC., a California corporation).

18  Accordingly, the Parties stipulate the following defendants should be dismissed

19  without prejudice:

20      1.    AECOM, a California corporation;

21      2.    AECOM MANAGEMENT SERVICES GLOBAL CORP., a

22      California corporation doing business as AECOM MANAGEMENT

23      SERVICES GROUP;

24      3.    AECOM, a California corporation doing business as AECOM

25      MANAGEMENT SERVICES GROUP;

26      4.    AECOM INC., a California corporation doing business as AECOM;

27  ///

28

5.   AECOM SERVICES, INC., a California corporation doing business as AECOM;

6.   AECOM USA, INC., a California corporation doing business as AECOM;

7.   AECOM, a California corporation doing business as URS FEDERAL SERVICES;

8.   AECOM TECHNOLOGY CORPORATION, a California corporation doing business as URS FEDERAL SERVICES, INC.;

9.   URS FEDERAL SERVICES INTERNATIONAL, INC., a California corporation doing business as URS;

10.   URS CORPORATION, a California corporation;

11.   URS GROUP, INC., a California corporation doing business as URS FEDERAL SERVICES; and

12.   URS HOLDINGS, INC., a California corporation doing business as URS FEDERAL SERVICES.

**It is so stipulated.**

Dated: June 16, 2021                    YOOSEFIAN LAW FIRM, P.C.


                         BY:   /s/ Ronald Yoosefian
                               Ronald Yoosefian
                               Susana Oganesian
                               Frank Gerald Chica

                               Attorneys for Plaintiff
                               JAIME FRANCO

///
///
///
///
///

1  Dated:  June 16, 2021                    JACKSON LEWIS P.C.

2

3                                   By:    /s/ Zoe Yuzna
                                          Adam Y. Siegel
4                                         Zoe Yuzna
5                                         Arlen Gharibian

6                                         Attorneys for Defendant
7                                         AMENTUM SERVICES, INC. (erroneously
                                          sued herein as AECOM MANAGEMENT
8                                         SERVICES, INC. and URS FEDERAL
                                          SERVICES, INC.)
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    *Pursuant to Local Rule 5-4.3.4(a)(2)(i), Zoe Yuzna hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed.*

2

3    Dated:  June 16, 2021                                    JACKSON LEWIS P.C.

4

5                                                    By:    /s/ Zoe Yuzna

6                                                           Adam Y. Siegel

7                                                           Zoe Yuzna
                                                            Arlen Gharibian

8
                                                            Attorneys for Defendant
9                                                           AMENTUM SERVICES, INC. (erroneously
                                                            sued herein as AECOM MANAGEMENT
10                                                          SERVICES, INC. and URS FEDERAL
                                                            SERVICES, INC.)
11

12   4849-9307-7231, v. 1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28