# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME FRANCO, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>AECOM, a California corporation; AECOM MANAGEMENT SERVICES GLOBAL CORP., a California corporation doing business as AECOM MANAGEMENT SERVICES GROUP; AECOM MANAGEMENT SERVICES, INC., a California corporation doing business as AECOM MANAGEMENT SERVICES GROUP; AECOM, a California corporation doing business as AECOM MANAGEMENT SERVICES GROUP; AECOM INC., a California corporation doing business as AECOM; AECOM SERVICES, INC., a California corporation doing business as AECOM; AECOM USA, INC., a California corporation doing business as AECOM; AECOM, a California corporation doing business as URS FEDERAL SERVICES; AECOM TECHNOLOGY CORPORATION, a California corporation doing business as URS FEDERAL SERVICES, INC.; URS FEDERAL SERVICES, INC., a California corporation; URS FEDERAL SERVICES INTERNATIONAL, INC., a California corporation doing business as URS; URS CORPORATION, a California corporation; URS GROUP, INC., a California corporation doing business as URS FEDERAL SERVICES; URS HOLDINGS, INC., a California corporation doing business as URS FEDERAL SERVICES; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 5:21-cv-00979-JWH-SPx<br><br>[Assigned for all Purposes to Hon. John W. Holcomb]<br><br>**ORDER DISMISSING WITHOUT PREJUDICE ALL DEFENDANTS OTHER THAN AMENTUM SERVICES, INC. (ERRONEOUSLY SUED AS AECOM MANAGEMENT SERVICES, INC. AND URS FEDERAL SERVICES, INC.)**<br><br>Complaint Served:    March 19, 2021<br>Case Removed:    June 9, 2021 |

Having considered the Stipulation to Dismiss All Defendants Other Than Defendant Amentum Services, Inc. (Erroneously Sued As AECOM MANAGEMENT SERVICES, INC. and URS FEDERAL SERVICES, INC.), entered into and submitted by Plaintiff JAIME FRANCO ("Plaintiff") and Defendant AMENTUM SERVICES, INC. (erroneously sued herein as AECOM MANAGEMENT SERVICES, INC. and URS FEDERAL SERVICES, INC.) ("Amentum") (collectively, the "Parties"), the Court hereby dismisses without prejudice:

1. AECOM, a California corporation;
2. AECOM MANAGEMENT SERVICES GLOBAL CORP., a California corporation doing business as AECOM MANAGEMENT SERVICES GROUP;
3. AECOM, a California corporation doing business as AECOM MANAGEMENT SERVICES GROUP;
4. AECOM INC., a California corporation doing business as AECOM;
5. AECOM SERVICES, INC., a California corporation doing business as AECOM;
6. AECOM USA, INC., a California corporation doing business as AECOM;
7. AECOM, a California corporation doing business as URS FEDERAL SERVICES;
8. AECOM TECHNOLOGY CORPORATION, a California corporation doing business as URS FEDERAL SERVICES, INC.;
9. URS FEDERAL SERVICES INTERNATIONAL, INC., a California corporation doing business as URS;
10. URS CORPORATION, a California corporation;
11. URS GROUP, INC., a California corporation doing business as URS FEDERAL SERVICES; and
12. URS HOLDINGS, INC., a California corporation doing business as URS FEDERAL SERVICES.

1  Defendant AMENTUM SERVICES, INC. and the parties it was erroneously sued
2  as, AECOM MANAGEMENT SERVICES, INC. and URS FEDERAL SERVICES,
3  INC., are not dismissed.
4  **IT IS SO ORDERED.**
5
6  Dated: June 30, 2021            By: _____
7                                       HON. JOHN W. HOLCOMB
                                         United States District Judge