JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAIME FRANCO,** an individual, <br><br> Plaintiff, <br><br> v. <br><br> **AECOM,** a California corporation; **AECOM MANAGEMENT SERVICES GLOBAL CORP.**, a California corporations doing business as **AECOM MANAGEMENT SERVICES GROUP; AECOM MANAGEMENT SERVICES, INC.**, a California corporation doing business as **AECOM MANAGEMENT SERVICE GROUP; AECOM,** a California corporation doing business as **AECOM MANAGEMENT SERVICS GROUP; AECOM, INC.**, a California corporation doing business as **AECOM; AECOM SERVICES, INC.**, a California corporation doing business as **AECOM; AECOM US, INC.**, a California corporation doing business as **AECOM; AECOM,** a California corporation doing business as **URS FEDERAL SERVICES; AECOM TECHNOLOGY CORPORATION,** a California corporation doing business as **URS FEDERAL SERVICES, INC; URS FEDERAL SERVICES, INC.,** a California corporation; **URS FEDERAL SERVICES INTERNATIONAL, INC.**, a California corporation doing | Case No. 5:21-cv-00979-JWH-SP <br><br> **Honorable John W. Holcomb** <br><br> **ORDER REGARDING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **Trial Date: December 5, 2022** <br><br> Complaint Filed: November 24, 2015 (originally filed in Los Angeles Superior Court) |

1

**ORDER REGARDING JOINT STIPULATION TO DISMISS WITH PREJUDICE**

| | |
|---|---|
| 1 | business as **URS; URS CORPORATION**, a California corporation; **URS GROUP, INC.**, a California corporation doing business as **URS FEDERAL SERVICES; URS HOLDINGS, INC.**, a California corporation doing business as **URS FEDERAL SERVICES;** and **DOES** 1 through 50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |



YOOSEFIAN LAW FIRM, P.C.
135 South Jackson Street, Suite 203,
GLENDALE, CALIFORNIA 91205

**ORDER REGARDING JOINT STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff JAIME FRANCO ("Plaintiff") and Defendants AMENTUM SERVICES, INC. (erroneously sued herein as AECOM MANAGEMENT SERVICES, INC.) and URS FEDERAL SERVICES, INC. ("Defendants") (collectively "the parties"), by and through their counsel of record to this Action have submitted a Joint Stipulation to Dismiss the Case with Prejudice pursuant to the Parties' Settlement of the entire case. The Court has reviewed the Parties' Joint Stipulation to Dismiss with Prejudice. Good cause appearing therefor, and in accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. The parties' Joint Stipulation is **GRANTED**.
2. The above-entitled Action is **DISMISSED with prejudice**. Specifically, all claims in the above-entitled action are dismissed in their entirety with prejudice, following resolution of the claims asserted therein.
3. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

DATED: June 27, 2022

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE